MORRIS J. FRANK and Others v. WALTER J. VOGT.— Application granted. Order signed. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

A. T. DEMAREST & COMPANY v. HENRY McC. BANGS.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

HYMAN WAKSCHAL v. DAVID WASSER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

RUDOLPH WINTER v. PETER DOELGER BREWING COMPANY, INC.— Motion granted. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

OTTILIE HEUMANN v. M. H. POWERS COMPANY.— Motion granted. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

PRISCILLA CHRZANOWSKA v. CORN EXCHANGE BANK.— Motion granted. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

ABRAHAM L. WERNER v. FIVE HUNDRED FIFTEEN WEST TWENTY-NINTH STREET COMPANY, INC., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

EDWARD LASKA v. CHARLES K. HARRIS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

SAMUEL NILSON v. AMERICAN BRIDGE COMPANY.— Motion granted; question certified. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

STEPHEN C. CLARKE, as Executor, etc., v. JAMES R. GILMORE and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

ROSE ANGEL v. MABEL M. TROWBRIDGE.— Motion denied, without costs. Order to be settled on notice. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

JOSEPH S. LESSER v. INTERNATIONAL TRUST COMPANY and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

JAMES S. HERRMAN and Others v. PHILIP HERRMAN and Others.— Motion granted, as stated in order. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

ABNER M. STEINBERG v. LEO SIMON and Others.—Motions granted. Orders to be settled on notice. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

EDWIN LICHTIG v. HEWLETT EMBROIDERY WORKS.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

In the Matter of THOMAS P. McKENNA, an Attorney.— Reference ordered to Hon. Henry A. Gildersleeve, official referee. Order to be settled on notice. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ,

WILLIAM L. STOW, Appellant, v. CLARENCE H. MACKAY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.